HON. TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAUREN THOMPSON,<br><br>Plaintiff<br><br>v.<br><br>REGENCE BLUESHIELD; EXPEDIA HEALTH & WELFARE BENEFIT PLAN; EXPEDIA, INC., in its capacity as Plan Administrator and/or Plan Sponsor; and MCMC SERVICES, LLC,<br><br>Defendants. | No. 2:24-cv-1336<br><br>NOTICE TO WITHDRAW PENDING MOTION (RE: DOCKET NO. 2) |

Plaintiff hereby gives notice that she withdraws her pending Motion For a Temporary Restraining Order, Docket No. 2.

DATED this 28th day of August 2024.

LAW OFFICE OF MEL CRAWFORD

By s/*Mel Crawford*
   Mel Crawford, WSBA #22930
Attorney for Plaintiff
melcrawford@melcrawfordlaw.com

NOTICE TO WITHDRAW PENDING MOTION - 1
No. 2:24-cv-1336-TL

**LAW OFFICE OF MEL CRAWFORD**
3244 N.E. 103rd St
Seattle, Washington  98125
Tel 206-694-1614  Fax 206-905-2342